**POLSINELLI LLP**
Charles O. Thompson (SBN 139841)
cthompson@polsinelli.com
Garrett Parks (SBN 297971)
gparks@polsinelli.com
Three Embarcadero Center, Suite 1350
San Francisco, California 94111
Phone: (415) 248-2100 │ Fax: (415) 248-2101

Attorneys for Defendant
**SAFE HAVEN SECURITY SERVICES, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FOX,<br><br>      Plaintiff,<br><br>vs.<br><br>SAFE HAVEN SECURITY SERVICES, INC., a corporation; DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No.: 2:15-cv-01639-MCE-CKD<br><br>**ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Dennis Fox ("Plaintiff") and Defendant Safe Haven Security Services, Inc. ("Safe Haven"), through their counsel, stipulate and agree as follows:

1. On July 22, 2015, Plaintiff filed a complaint for damages against Safe Haven in the Superior Court of California, County of Sacramento, Case No. 34-2015-00182093 ("State Court Complaint").

2. On July 31, 2015, before service, Safe Haven removed the State Court Complaint to this court (collectively, the "Action").

3. On August 20, 2015, the parties participated in mediation to attempt to resolve the Action in its entirety.

4. The mediation resulted in the parties resolving the Action and entering into a Confidential Settlement Agreement and General Release of Claims ("Settlement Agreement").

5. The parties agreed to dismiss the Action with prejudice, with each party to bear their own attorneys' fees and costs.

6. Plaintiff further agrees that this stipulation will be enforceable in any future action filed against Safe Haven arising out of or relating to the facts supporting the allegations set forth in the Action.

Counsel for Safe Haven represents that it has the consent of Plaintiff's counsel to affix its electronic signature to this stipulation on file it on both behalf of the parties.

Dated:  September 24, 2015           POLSINELLI LLP

                                     */s/ Charles O. Thompson*
                              By:    CHARLES O. THOMPSON

                                     Attorneys for Defendant Safe Haven
                                     Security Services, Inc.

Dated:  September 24, 2015           LAW OFFICES OF WILLIAM F. WRIGHT

                                     */s/ Julie A. Doumit*
                              By:    JULIE A. DOUMIT

                                     Attorneys for Plaintiff Dennis Fox

### **ORDER**

Pursuant to the parties Stipulation for Dismissal with Prejudice, the Court hereby orders the above-captioned action dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and costs.   IT IS SO ORDERED.

Dated:  September 25, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Polsinelli LLP
Three Embarcadero Center, Suite 1350
San Francisco, CA  94111
415.248.2100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

POS:  ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE

51353750.1